ORIGINAL

FILED
OCT 13 2006
U.S. COURT OF
FEDERAL CLAIMS

Timothy Miguel Willardson
3165 S. 300 W.
Salt Lake City, UT 84115
Telephone: (801) 746-5399
e-mail: tmwlaw@gmail.com
Attorney for Plaintiff Diversified Maintenance Systems, Inc.

# United States Court of Federal Claims

| | |
|---|---|
| DIVERSIFIED MAINTENANCE SYSTEMS, INC.<br>Plaintiff,<br>vs.<br><br>THE UNITED STATES<br>Defendant. | NO. 06-706 C<br><br>JUDGE: |

COMPLAINT

1. Army Contracting Agency Southern Region (ACASR); Fort Hood Contracting Command; Contract Administration Division; Building 1001, 761st Tank Battalion Fort Hood, TX 76544-5059 issued soliciation number W91151-05-R-0003 for a Job Order Contract.

2. On or about march 28, 2006, Diversified Maintenance, Inc. of 3165 S. 300 W., Salt Lake City, Utah 84115 submitted a timely, responsive bid for the referenced solicitation. Diversified Maintenance Systems, Inc. therefore has a direct economic interest that would be affected by the award of a contract or by the failure to award a contract

3. On September 25, 2006, the agency provided Diversified Maintenance Systems, Inc. ("DMS") with a "Notice of Unsuccessful Offer." On Monday, September 25, 2006, DMS filed a protest with the agency alleging, *inter alia*, that the Army's proposal to award the contract resulting from the referenced solicitation to Cadence Contract Services, LLC.would violate the FAR and the solicitation provision in two ways: (1) it would violate FAR § 52.219-3 Notice of Total HUBZone Set-Aside; and (2) it would violate the evaluation procedures set forth in clause 52.000-4044 Basis of Award and Evaluation Criteria (JOC) and the communications from the contracting agency related thereto. On Friday, October 4, 2006, the contracting agency sent out a decision, denying the protest.

4. FAR § 52.219-3 Notice of Total HUBZone Set-Aside, incorporated in full text in the referenced solicitation, provides that "Offers received from concerns that are not HUBZone small business concerns shall not be considered." Cadence Contract Services, LLC is not a HUBZone small business. As can be seen from attachment D hereto, Cadence Contract Services, LLC is a Utah Limited Liability firm that lists its address as "1204 W SOUTH JORDAN PKWY #D South Jordan, UT 84095." Attachment B hereto shows that there is no HUBZone firm in Utah by that name. The SBA's regulations defining a HUBZone small business require that the firm's principal office AND at least 35% of its employees must reside in an HUBZone. Attachment K shows that Cadence's principal office is NOT qualified as a HUBZone. Attachment C, on the other hand, shows that Diversified Maintenance Systems, Inc., protester here, is qualified as a HUBZone firm.

5. Cadence Contract Services, LLC is therefore ineligible for award and non-responsive.

6. Clause 52.000-4044 Basis of Award and Evaluation Criteria (JOC) provides that Past Performance is the second most important item in determining award. Diversified Maintenance Systems, Inc. has received information, and therefore believes, that all of the previous experience of Cadence Contract Services, LLC which might be relevant to the instant project was obtained as a joint venturer with a large business firm (Martinez International). Prior to the deadline for the solicitation, the contracting agency notified all bidders that all such experience would be disregarded in evaluating bids received.

7. Cadence Contract Services, LLC is therefore without relevant contract experience and is non-responsive.

8. In considering Cadence for award, the agency took into account all of Cadence's prior experience, including the experience of the joint ventures in which Cadence participated. However, the agency refused to similarly consider joint venture experience of DMS.

9. On October 2, 2006, the agency sent out a debriefing letter addressed to DMS. DMS received that letter on the afternoon of October 4, 2006. That letter establishes that DMS earned a "Satisfactory" rating and states that Cadence received an "Exceptional" rating on its offer. However, all of the stated bases of criticism of DMS' offer are false or unsupportable. For example, the first such criticism is that DMS' proposal does not state when staffing level changes will be made and how. However, the very page of the offer referenced for that criticism, states:

> DMS assures itself and the government that response and other performance requirements are met by first establishing control systems for project execution and then

> by corporate evaluation of the performance of the project staff. The company will ensure that response times are met through the use of a work control system managed by the Contract Manager with assistance from the Senior Project Manager and maintained by the Administrative Assistant. Input will begin upon notification of a work requirement and continue throughout the life of the task order. This system will provide the Contract Manager with up-to- date information and thus the ability to schedule work for DMS' technical resources

10. In other words, all of the work on the project would be tracked and scheduled in a work control system, evaluated by both local and corporate management, and new resources would be procured in time to avoid delay of any projects. Since this is a job order contract where work flow will not be established until after award, anything beyond describing the system for tracking and allocating resources would be meaningless or fictional.

11. The second "defect" in DMS' proposal, according to the agency debriefing letter, is that DMS is alleged to have proposed that it will "shift priorities of ongoing work in order to handle emergency situations; … ." The agency goes on to allege that no information is given about how that will be done. In fact, the proposal states that a set list of emergency responders will be established and published to the agency, and that within an hour of an emergency being identified, DMS will provide a "scoping" document that will set forth the work and how it is to be performed. The text is as follows:

> In the event of an emergency, DMS and our subcontractors are prepared to respond immediately to alleviate the emergency condition. The Contracting Officer will be provided a listing of on-call emergency response personnel for other than normal working hours response. The Senior Project Manager will direct activities in response to these conditions. He will coordinate with the COR to shift priorities if required and will assign a Project Manager. Key subcontractors will be notified and required to respond if the condition is primarily in their discipline. In this manner, they can provide assistance in alleviating the problem and preparation of take- offs. A scoping estimate will be prepared within one hour of response to establish a "not-to-exceed" limit so that the Contracting Officer may issue a verbal "Notice to Proceed" to alleviate the condition. A follow-up detailed line item proposal will be submitted within five hours of the notification of the requirement.

12. The third criticism of DMS is that the proposal states that DMS's project manager will establish dates and times for various activities in conjunction with the Contracting Officer's Representative. The agency asserts that only the agency's contracting officer can establish dates and times. The agency is turning a shorthand statement into a usurpation of authority issue. Obviously, if the Contracting Officer does not delegate authority for these matters to her representative, the Contracting Officer will be the person with whom coordination takes place.

13. The agency's final criticism is that negative information appeared in past performance surveys. While the way that information is expressed makes it appear that negative information was pervasive in the surveys, in fact, only one negative survey was received by the agency. The circumstances that gave rise to those negative comments have been resolved or are being resolved. One of the alleged negative reports shows no negative information at all. The statement that, "several issues related to Davis Bacon violations … were resolved with the Dept of Labor," shows that DMS when issues arose, that DMS satisfactorily took care of those issues.

14. DMS's price was materially lower than that of Cadence.

15. For all of the objective bases of comparison, DMS's submission was superior to that of Cadence. All of the subjective criticisms of DMS's proposal are inaccurate or unsupportable. The alleged "superiority" of Cadence's work history is illusory, because Cadence's surveys are not discussed, and some of DMS' relevant experience was ignored by the agency.

WHEREFORE, PLAINTIFF PRAYS FOR THE FOLLOWING RELIEF:

1. That the agency be required to disqualify Cadence Contract Services, LLC as non-responsive and that any award by terminated.

2. That the agency be directed to award the subject contract to Diversified Maintenance Systems, Inc.

3. That Diversified Maintenance Systems, Inc. be awarded its protest costs, including attorney fees under the Equal Access to Justice Act.

4. Such other and further relief as the Court deems appropriate.

DATED this 12th day of October, 2006.

Timothy Miguel Willardson
Counsel for Plaintiff

| | | | | | |
|---|---|---|---|---|---|
| C-0001 | SIMULATION, INC | TN 37388-4409<br><br>(315)782-3101 | INSPECTION SYSTEM (MVACIS) | | |
| W911S2-04-D-0001 | FEHER RUBBISH REMOVAL, INC | PO BOX 11009, SYRACUSE, NY 13218<br><br>(315)422-0715 | DUMPSTER REMOVAL SERVICE | $2,397,411 | Yes |
| W911S2-04-D-0002 | CADENCE CONTRACT SERVICES, LLC | BUILDING 669, SUITE 8, TOOELE, UT 84074-8087<br><br>(315)775-9926 | JOB ORDER CONTRACT (JOC) | $50,000,000 | Yes |
| W911S2-04-D-0004 | GLEASON SEPTIC SERVICE | 30104 STATE RT 3, BLACK RIVER, NY 13612<br><br>(315)773-4135 | FIELD LATRINES | $195,916 | Yes |
| W911S2-04-D-0005 | GUILFOYLE AMBULANCE SERVICE | PO BOX 88, WATERTOWN, NY 13601-0088<br><br>(800)722-0424 | AMBULANCE SERVICE | $4,003,394 | Yes |
| W911S2-04-D-0006 | PTL CONTRACTING CORP | 27840 COUNTY ROUTE 193, THERESA, NY 13691<br><br>(315)628-4130 | ROOFING | $5,061,535 | Yes |
| W911S2-04-H-0001 | SPRINT | 13221 WOODLAND PARK ROAD, HERNDON, VA 20171<br><br>(703)689-7311 | LEASE GOCP FROM FORT DRUM | N/A | |
| W911S2-04-P-0035 | TIME WARNER CABLE | 340 EASTERN BLVD, WATERTOWN, NY 13601<br><br>(315)782-3101 | ROAD RUNNER INTERNET CABLE SERVICE | NO COST | |
| W911S2-04-P-0054 | MARCOR REMEDIATION | 460 BUFFALO ROAD, SUITE 5, ROCHESTER, NY 14611 | REMEDIATE MOLD & SEWER, 9544A. | $22,940 | |

7

A

SBA Your Small Business Resource HUBZone

Certified HUBZone Concerns - Result Listing

down back help

% complete status bar
| 0%

**OMB Approval No. 3245-0320**
**Expiration Date: 02/28/2006**

C **HUBZone Certified Small Business Concerns - UT**

| Concern Name [Click to View Profile] | Address | Contact Person | Phone | Effective Certification Date |
|---|---|---|---|---|
| C B I SECURITY | 349 E 900 S, SALT LAKE CITY, UT 84111 | Derek Evans | (801) 363-2604 | Feb 9 2005 |
| CAVANAGH SERVICES GROUP, LLC | 180 SOUTH 300 WEST SUITE 230, SALT LAKE CITY, UT 84101 | Susan Rice | (801) 532-2272 | Feb 4 2003 |
| CHAPMAN, NILE CONSTRUCTION CO. INC | 35 WEST 425 SOUTH, ROOSEVELT, UT 84066 | Roger Chapman | (435) 722-3800 | Feb 4 2003 |
| CHRISTENSEN ARMS | 192 EAST 100 NORTH SUITE B, FAYETTE, UT 84630 | Trent Taylor | (435) 528-7999 | Jun 1 2000 |
| CIRCUIT RIDERS INC | 504 SUNDIAL DR, MOAB, UT 84532 | Mary Ecsedy | (435) 259-3181 | Mar 18 2004 |
| Claw Construction | 110 South State Street, PO Box 4235 Wales, UT 84667 | Stephen Despain | (435) 436-8817 | Sep 3 2002 |
| | 230 N OLD | | | |

| | | | | |
|---|---|---|---|---|
| COMMERCIAL INDUSTRIAL SUPPLY LLC | LINCOLN HIGHWAY, GRANTSVILLE, UT 84029 | William Stoddard | (801) 541-1478 | Feb 10 2005 |
| CONNIE BROWN | HWY 276, LAKE POWELL, UT 84533 | Connie Brown | (435) 788-2172 | Apr 23 2003 |
| CREATIVE TIMES, INC. | 2878 COMMERCE WAY, OGDEN, UT 84401 | Don Salazar | (801) 334-7250 | Jan 15 2003 |
| Crowley Construction, Inc. | HC 63 Box 66, Monticello, UT 84535 | Phyllis Crowley | (435) 587-2377 | Aug 24 2001 |
| CYGNUS LABS L L C | 1612 E ERDA WAY, ERDA, UT 84074 | Marvin Shafer | (435) 882-0609 | Jun 16 2006 |

**SBA Form 2103 (02/06/2003)**

SBA Your Small Business Resource HUBZone

## Certified HUBZone Concerns - Result Listing

down back help

% complete status bar
| 0%

**OMB Approval No. 3245-0320**
**Expiration Date: 02/28/2006**

D **HUBZone Certified Small Business Concerns - UT**

| Concern Name [Click to View Profile] | Address | Contact Person | Phone | Effective Certification Date |
|---|---|---|---|---|
| dan'l lindsay construction | 122 E. 75 S. box 54, Hanksville, UT 84734 | Dan'l Lindsay | (435) 542-3405 | Oct 18 2002 |
| DIVERSE DESIGNS II, INC. | 8118 S. HWY 89, WILLARD, UT 84340 | Blake Hoppie | (801) 621-0455 | May 8 2003 |
| Diversified Maintenance Systems | 152 West Burton Avenue Suite DD, Salt Lake City, UT 84115 | Pam Beck | (801) 487-4043 | Jun 21 2002 |

**SBA Form 2103 (02/06/2003)**

home top

Contracting Officer Resources What's New Contracting Assistance Who We Are
Frequently Asked Questions
Library & Resources Contacts Are You In a HUBZone? Certified HUBZone Concerns

utah gov | Online Services | Agency List | Business | Google | Search Utah.gov GO

Utah Department of Commerce

# Business Entity Search

Help

| Name | Type | City | Status |
|---|---|---|---|
| CADENCE CONTRACT SERVICES, L.L.C. | Limited Liability Company | South Jordan | Active |

**Business Name:** CADENCE CONTRACT SERVICES, L.L.C.
**Entity Number:** 5013195-0160
**Registration Date:** 10/30/2001
**State of Origin:**

## Address

1204 W SOUTH JORDAN PKWY #D
South Jordan, UT 84095

## Status

**Status:** Active
**Status Description:** Good Standing
**This Status Date:** 10/30/2001
**Last Renewed:** 09/07/2006
**License Type:** LLC - Domestic
**Delinquent Date:** 10/30/2007

## Registered Agent

**Registered Agent:** PATRICK HENDRICKSON
[Search BES] [Search RPS]
**Address Line 1:** 1204 W SOUTH JORDAN PKWY STE D
**Address Line 2:**
**City:** South Jordan
**State:** UT
**Zip:** 84095

## Additional Information

**NAICS Code:** 2332
**NAICS Title:** 2332-Residential Building Construction

With this information, you can...

Purchase Certificate of Existence

If you would like to purchase a Certificate of Existence for this business entity, select the button to the left. You will be assessed a **$ 12.00 fee** for this service. You will need Adobe Reader to view this certificate. If you do not have Adobe Reader, click on the button below and download it.

Get Adobe Reader

Access Principal Information

If you would like to receive information on the principal individuals associated with this entity, click the button on the left. You will be assessed a **$ 1.00 fee** for this information.

Back to search results | Do Another Search

Department of Commerce Home | Division of Corporations Home | Contact Us

Utah.gov Home | Utah.gov Terms of Use | Utah.gov Privacy Policy | Utah.gov Accessibility Policy
Copyright © 2004 State of Utah - All rights reserved.

utah gov | Online Services | Agency List | Business | Google | Search Utah.gov GO

Utah Department of Commerce

# Business Entity Search

?Help

## Business Entity Search - Principals:

| Name | Type | City | Status |
|---|---|---|---|
| CADENCE CONTRACT SERVICES, L.L.C. | Limited Liability Company | South Jordan | Active |

| Position | Name | Address | |
|---|---|---|---|
| Member | PATRICK S HENDRICKSON | 1204 W SOUTH JORDAN PKWY STE D | South Jordan UT 84095 |
| Member | ROBERT D NEWBERRY | 1204 W SOUTH JORDAN PKWY STE D | South Jordan UT 84095 |
| Member | SCOTT T DOXEY | 1204 W SOUTH JORDAN PKWY STE D | South Jordan UT 84095 |
| Registered Agent | PATRICK HENDRICKSON | 1204 W SOUTH JORDAN PKWY STE D | South Jordan UT 84095 |

Additional Principals on file at Division of Corporations: N

Back to search results | Do Another Search

**Your experience is important to us. Please click the link below to provide feedback.**

Feedback Form

Department of Commerce Home | Division of Corporations Home | Contact Us

Utah.gov Home | Utah.gov Terms of Use | Utah.gov Privacy Policy | Utah.gov Accessibility Policy

**Copyright © 2004 State of Utah - All rights reserved.**

# SBA Firm Profile

Privacy Statement

## Identification, Location & Contacts

| | |
|---|---|
| This profile was last updated: | 12/08/2005 |
| Name of Firm: | CADENCE CONTRACT SERVICES, LLC |
| Trade Name ("Doing Business As ..."): | |
| Main office or branch office?: | Main |
| Address, line 1: | 30139 STATE ROUTE 3 |
| Address, line 2: | |
| City: | BLACK RIVER |
| State: | NY |
| Zip: | 13612-2092 |
| Phone Number: | 315-775-9926 |
| Fax Number: | 315-775-9934 |
| E-mail Address: | bnewberry@cadenceusa.com |
| WWW Page: | |
| E-Mall (electronic mall selling firm's products): | |
| Contact Person: | ROBERT NEWBERRY |
| County Code (3 digit): | 045 |
| Congressional District: | 23 |
| Metropolitan Statistical Area: | |
| DUNS Number: | 076899249 |
| CAGE Code: | 1WDS3 |
| Year Established: | 2001 |
| Average Number of Employees: | 35 |

Average Annual Gross Revenue: $15,000,000
Accepts Government Credit Card?: [X] Yes [ ] No
GSA Advantage Contract(s):

## Organization, Ownership & Certifications

Legal Structure: LLC
Minority Code:
Women Owned?: [ ] Yes [X] No
Veteran?: [ ] Yes [X] No
Service Disabled Veteran?: [ ] Yes [X] No

**Current Principals:** (Name, Title)
Patrick Hendrickson, Owner
Robert Newberry, Owner
Scott Doxey, Owner

**"Business Development Servicing Office"**
(for certifications):
SYRACUSE DISTRICT OFFICE (SBA office code 0248)

**8(a) Certification:**
SBA 8(a) Case Number:
SBA 8(a) Entrance Date:
SBA 8(a) Exit Date:

**Small Disadvantaged Business Certification:**
SDB Entrance Date:
SDB Exit Date:

**HUBZone Certification:**

| | |
|---|---|
| HUBZone Certified?: | [X] Yes [ ] No |
| HUBZone Certification Date: | 08/08/2002 |

**DBE Certifications (and State):**

(none)

**Non-Federal-Government Certifications:**

(none given)

## Products & Services

**Capabilities Narrative:**

Cadence provides highly experienced contract management, emphasizing IDIQ, JOC, SABER and MATOC contracts, including over $1 Billion in successful projects. Our techniques, resources and capabilities ensure successful projects and complete satisfaction.

**Special Equipment/Materials:**

**Business Type Percentages:** Construction (85 %)
Service (15 %)

**Bonding Levels**

| | |
|---|---|
| Construction Bonding Level (per contract) | $10,000,000 |
| Construction Bonding Level (aggregate) | $20,000,000 |
| Service Bonding Level (per contract) | $0 |
| Service Bonding Level (aggregate) | $0 |

## NAICS Codes and Keywords:

| Primary? | Code | NAICS Code's Description | "Buy Green"? (1) | Small? (2) | Emerging? (3) |
|---|---|---|---|---|---|
| | 236210 | Industrial Building Construction | | Yes | No |
| | 236220 | Commercial and Institutional Building Construction | | Yes | No |
| | 237110 | Water and Sewer Line and Related Structures Construction | | Yes | No |
| | 237120 | Oil and Gas Pipeline and Related Structures Construction | | Yes | No |
| | 237130 | Power and Communication Line and Related Structures Construction | | Yes | No |
| | 237310 | "Highway, Street, and Bridge Construction" | | Yes | No |
| | 237990 | Other Heavy and Civil Engineering Construction Special $18.5m small business size standard for Dredging and Surface Cleanup Activities: [Yes] General $31.5m small business size standard: [Yes] | | Yes | No |
| | 238110 | Poured Concrete Foundation and Structure Contractors | | No | No |
| | 238120 | Structural Steel and Precast Concrete Contractors | | No | No |
| | 238130 | Framing Contractors | | No | No |
| | 238140 | Masonry Contractors | | No | No |
| | 238160 | Roofing Contractors | | No | No |
| | 238170 | Siding Contractors | | No | No |

| | | | | | |
|---|---|---|---|---|---|
| | 238190 | "Other Foundation, Structure, and Building Exterior Contractors" | | No | No |
| | 238210 | Electrical Contractors | | No | No |
| | 238220 | "Plumbing, Heating, and Air-Conditioning Contractors" | | No | No |
| | 238290 | Other Building Equipment Contractors | | No | No |
| | 238310 | Drywall and Insulation Contractors | | No | No |
| | 238320 | Painting and Wall Covering Contractors | | No | No |
| | 238330 | Flooring Contractors | | No | No |

(1) By entering Yes for "Buy Green", the firm asserts that it obeys EPA guidelines for environmental friendliness for this NAICS code. Note, EPA guidelines do not exist for every NAICS code.
(2) If Yes, the firm's revenues/number of employees do not exceed the NAICS code's small business size standard.
(3) If Yes, the firm's revenues/number of employees do not exceed the NAICS code's special small business size standard for the Compositeness Demonstration Program (FAR 19-10). Note, not all NAICS codes are applicable to this program.
(4) As seen above, the size standard can depend on subcategories within a NAICS code.

Keywords: construction, contractor, renovation, remodel, builder

## Miscellaneous:

Quality Assurance Standards: (none given)

Electronic Data Interchange capable?: [ ] Yes [X] No

## Export Profile (Trade Mission Online)

Exporter?: (firm hasn't answered this question yet)

- Export Business Activities: (none given)

- Exporting to: (none given)
- Desired Export Business Relationships: (none given)
- Description of Export Objective(s):

## Performance History (References)

### Federal Government References

(includes prime contractors to the Federal Government to which the firm subcontracted)

(none given)

### Other References

(none given)

The structure of this page was last updated 04/17/2005, as part of Small Business Source System 6.0.

CADENCE
CONTRACT SERVICES, LLC

*A certified HUBZone Government Construction Contractor*

Introduction and Capabilities
Current and Past Projects
Financial Information
Quarterly Newsletter
Locations
Employment
MIC/CADENCE Joint Venture

## INTRODUCTION AND CAPABILITIES

**Cadence Contract Services (*CADENCE*) is pleased to provide this introduction and summary of our capabilities. *CADENCE* is a certified HUBZone business approved by the Small Business Administration.**

We provide extensive skill and experience for:

- Military Construction (MILCON) Projects
- Design-Build Projects and Programs
- Job Order Contracts (JOC)
- Simplified Acquisition of Base Engineering Requirements (SABER)
- Multi-Trade Contracts
- Multi-Award Regional and Area Contracts (MACC and MATOC)
- Military Housing

*CADENCE* currently has 19 (nineteen) active IDIQ contracts with an estimated value of $342 Million, upon completion.

We offer unique and valuable benefits.

The *CADENCE* Team ... to bring the experience of ... *ADENCE* was established as ... f some of the experience that ... rom the Chief Executive Offic...

**RESUME**
**Robert Newberry**
**Chief Executive Officer**

- 26 Years management experience in all types of construction and design projects ranging up to $9 billion.
- President and CEO of Beneco Enterprises until February of 2000, completing $1.5 billion in DOD work including 10,000 task orders. Prior to Mr. Newberry's departure from Beneco, Beneco enjoyed the highest performance ratings, and Beneco had not filed a single claim on the 10,000 task orders completed.
- Supervised the first SABER contract pilot program for the USAF
- Awarded and managed the largest Army Job Order Contract
- Awarded and managed the largest Navy Job Order Contract
- Awarded and managed the largest Air Force SABER Contract
- Has JOC and SABER experience on 38 installations nationwide
- Awarded and currently managing the nations largest HUBZone Job Order Contract at Fort Drum, New York



**Patrick Hendrickson** and **Scott Doxey** join Robert Newberry as the owners of ***CADENCE***, having worked together for over 17 years. **Russell Jex** also worked with the team throughout much of that time before joining them at ***CADENCE***.

Credentials | Proven Teaming Experience | Objectives and Initiatives

Home | Locations | Contact Us | Employment

CADENCE
CONTRACT SERVICES, LLC

*A certified HUBZone Government Construction Contractor*

[illegible]tion and [illegible]ities

[illegible] and Past [illegible]

[illegible]al [illegible]tion

[illegible]ty [illegible]tter

[illegible]ns

[illegible]ment

[illegible]DENCE [illegible]nture

## CONTACT US

Please feel free to e-mail us at any time with general questions or comments. Or call one of our offices below for more personal assistance.

**CADENCE CONTRACT SERVICES**
**New York Office**
[illegible]one#: 315-775-8[illegible]
[illegible]x#: 315-775-99[illegible]

**30139 State Route 3 or PO Box 79**
**Black River, NY 13612**

**CADENCE CONTRACT SERVICES**
**South Jordan Office**
[illegible]one#: 801-302-8[illegible]
[illegible]x#: 801-302-83[illegible]

**1204 W. South Jordan Pkwy Unit D**
**South Jordan, UT 84095**

If you wish to direct your question to our Human Resources Department, please send your email to humanresource@cadenceusa.com .

Home Locations Contact Us Employment



Point to the icon to
view office locations

Home Locations Contact Us Employment

SBA Your Small Business Resource — HUBZone

Certified HUBZone Concerns - Result Listing

down back help

% complete status bar
| 0%

**OMB Approval No. 3245-0320**
**Expiration Date: 02/28/2006**

C

## HUBZone Certified Small Business Concerns - NY

| Concern Name [Click to View Profile] | Address | Contact Person | Phone | Effective Certification Date |
|---|---|---|---|---|
| C&P Investigations,Inc. | 255 ORANGE ST, ALBANY, NY 12210 | William Clay | (518) 434-6708 | Mar 14 2002 |
| C.H. THOMPSON CO. INC. | 69 ELDREDGE ST 93, BINGHAMTON, NY 13901 | Stacy Cacailli | (607) 724-1094 | Jul 2 2003 |
| C.S.C.E., LLC | 27 LUDLOW ST, YONKERS, NY 10705 | Sherman Carrington | (914) 965-0787 | Apr 27 2006 |
| CADENCE CONTRACT SERVICES, LLC | 30139 STATE ROUTE 3, BLACK RIVER, NY 13612 | Patrick Hendrickson | (801) 302-8220 | Aug 8 2002 |
| Casa Contracting | 227 Irving Ave # 3, Port Chester, NY 10573 | Jean-Pierre St.Louis | (914) 690-9583 | Apr 16 2002 |
| CCJN & COMPANY | 883 BROADWAY, ALBANY, NY 12207 | CHARLES JON-NWAKALO | (518) 464-3650 | Mar 16 2005 |
| CHAMPION MATERIALS, INC. | 21721 COLE ROAD, CARTHAGE, NY 13619 | Arianne Turnbull | (315) 493-2654 | Nov 18 2002 |
| CHAPTER TWO | 52 MILL STREET, | | (585) 406 | |

| | | | | |
|---|---|---|---|---|
| CHAPTER TWO, LLC | ARCADE, NY 14009 | David Gilbert | (585) 496-5650 | Jun 9 2006 |
| CHARLES GARLOCK & SONS, INC. | 15 WASHINGTON STREET, ALEXANDRIA BAY, NY 13607 | DAVID GARLOCK | (315) 482-2521 | Jun 27 2001 |
| CHARLIE PHILLIPS CONSTRUCTION | 658 DAVIDSON ST., WATERTOWN, NY 13601 | Wendy Phillips | (315) 782-0781 | Sep 15 2005 |
| CHC CONSTRUCTION GROUP INC | 239 S AVE, SYRACUSE, NY 13204 | Terry Flournory | (315) 431-4900 | Mar 16 2005 |
| CHERYL STEIN LAW FIRM, LLC | 403 MAIN ST, SUITE 415 BUFFALO, NY 14203 | Cheryl Stein | (716) 855-1777 | Jun 15 2005 |
| CITY ELECTRIC CO INC | 514 W GENESEE STREET, P O BOX 1018 SYRACUSE, NY 13204 | Sandra Rosecrans | (315) 474-7841 | May 17 2004 |
| CLEANTEC SUPPORT SERVICES GROUP INC | 23 South Main Street, Freeport, NY 11520 | Hiram Charles | (516) 378-9108 | Dec 29 1999 |
| CLEMENTS, D. ROBERT | 8760 CUT OFF RD., CASTORLAND, NY 13620 | Donald Clements | (315) 486-4307 | Dec 14 2004 |

NEXT

SBA Form 2103 (02/06/2003)

SBA

Maptitude for the Web

■ HUBZone Program

U.S. Map | Address-Town-County Search | Help | Text-Only Version

# DETERMINATION OF WHETHER AN ADDRESS IS IN A HUBZONE

**1204 W SOUTH JORDAN PKWY, South Jordan UT, 84095 is located in Census Tract "49035113012" which IS NOT HUBZone qualified.**

The map below shows the relationship of this address (marked with a star) to qualified HUBZone areas. Below the map, you may find information on why the address was found not to be in a HUBZone Area.




Not Qualified | Qualified | Indian Country | BRAC Former Military Base | Difficult Development Area

Powered by Maptitude for the Web by Caliper

## BASIS OF HUBZONE DETERMINATION

*Is the address located in a Metropolitan Area?* *YES*

| | |
|---|---|
| *Is the address located in a qualified or redesignated census tract?* | NO |
| *Is the address located in a BRAC Commission-closed former military base?* | NO |
| *Is the address located in a HUD Difficult Development Area?* | NO |
| *Is the address located in an Indian Country area?* | NO |

Or enter an ADDRESS, TOWN or COUNTY to Search

**Address** ***(include either City & State or ZIP Code - omit address to zoom map to a city or ZIP code area)***

**Street Address:**

**City & State:**

**ZIP Code:**

Search Reset

**County**

**County:**

**State:**

Search Reset

Maptitude for the Web

■ HUBZone Program

U.S. Map | Address-Town-County Search | Help | Text-Only Version

# DETERMINATION OF WHETHER AN ADDRESS IS IN A HUBZONE

**3165 S. 300 W., South Salt Lake UT, 84115 is located in Census Tract "49035111600" which IS HUBZone qualified. This census tract will remain eligible for HUBZone participation at least until the results of the 2010 decennial census have been analyzed and made public.**

The map below shows the relationship of this address (marked with a star) to qualified HUBZone areas. Below the map, you may find information on why the address was found to be in a HUBZone Area.




Not Qualified | Qualified | Indian Country | BRAC Former Military Base | Difficult Development Area

Powered by Maptitude for the Web by Caliper

## BASIS OF HUBZONE DETERMINATION

| | |
|---|---|
| *Is the address located in a Metropolitan Area?* | YES |
| *Is the address located in a qualified or redesignated census tract?* | YES |
| *Is the address located in a BRAC Commission-closed former military base?* | NO |
| *Is the address located in a HUD Difficult Development Area?* | NO |
| *Is the address located in an Indian Country area?* | NO |

*If your firm's principal office is located in this area which is qualified as a HUBZone (Principal office means the location where the greatest number of the concern's employees at any one location perform their work..13 CFR PART 126.103), you are encouraged to apply for the HUBZone Empowerment Contracting Program.*

**You may apply now for HUBZone Certification**

Or enter an ADDRESS, TOWN or COUNTY to Search

| Address *(include either City & State or ZIP Code - omit address to zoom map to a city or ZIP code area)* | County |
|---|---|
| **Street Address:** | **County:** |
| **City & State:** | **State:** |
| **ZIP Code:** | |
| Search Reset | Search Reset |

**DEPARTMENT OF THE ARMY**
**ARMY CONTRACTING AGENCY, SOUTHERN REGION**
**FORT HOOD CONTRACTING COMMAND**
**1001 761ST TANK BATTALION AVENUE, ROOM W103**
**FORT HOOD, TX 76544-5025**

Contract Administration Division
Construction Branch
254-287-3054

October 2, 2006

Diversified Maintenance Systems, Inc.
3165 South 300 West
Salt Lake City, Utah 84115

Subject: Debriefing Solicitation No. W91151-05-R-0003 (Job Order Contract – Fort Hood)

Dear Sir/Madam,

In accordance with FAR Subpart 15.506, and Diversified Maintenance Systems' written request for a debriefing of proposal submitted in response to the subject solicitation, this letter serves as the Government's official debriefing. This debriefing follows the recommended format at FAR Subpart 15.506(d). For simplification, references to Diversified Maintenance Systems, Inc. will be refered to as DMS.

**(1) The Government's evaluation of the significant weaknesses or deficiencies in the offeror's proposal, if applicable;**

Significant weaknesses (deficiencies): The overall technical proposal earned a Satisfactory rating. It is obvious to the Government that the offeror has various experience in managing construction contracts; however, there exist significant weaknesses (or deficiencies) that prevent the proposal from earning a rating above satisfactory. Many of the strengths were offset by weaknesses that could result in the potential for minimum performance or questionable capabilities relative to future contract performance. Proposal presented a fair probability of success with an overall moderate degree of risk in meeting the Government's needs.

Contract Management Plan: Offer does not sufficiently describe its methodology for handling a fluctuating workload. The solicitation specifically requires, at Section 00100, Bidding Schedule and Instructions to Bidders, offerors to discuss their ability to manage multiple projects in varying degrees of completion at any given time. On page 34 of the proposal, second paragraph, DMS indicated the Contract Manager is authorized to make the determination of when to adjust staffing levels. There is no plan identified as to when, in the scheme of things, these decisions will be made, nor is there any explanation of how the offeror intends to manage a growing workload while soliciting for and hiring additional staff. The proposal does not provide sufficient assurance that simultaneously ongoing projects will not suffer during the expansion process. On page 35, second full paragraph, the offer proposes to shift priorities of ongoing work in order to handle emergency situations; however, no specific detail is given to how this will be accomplished. Forfeiting performance on one project for the resolution of an emergency situation is not an option for this contract effort. Examples provided to support DMS's plan for handling fluctuating workloads primarily refer to successes in managing much smaller volumes of work at different locations and different agencies. With the exception of a mention of in-house crews in Figure 1, and again on page 65 of the Work Execution Plan, the proposal does not discuss the size, configuration, or types of in-house workforce DMS intends to utilize under the contract.

Printed on Recycled Paper



M

Work Execution Plan: The solicitation requires offerors to describe how multiple projects of varying types and levels of effort will be executed simultaneously, concurrently, and within negotiated timeframes and project cost. This is not addressed in the proposal. Although the proposal establishes a definitive course of executing identified work, it contains vague and incorrect information regarding the roles and processes involved in executing the work. DMS states under paragraph 3a on page 64 of the Work Execution Plan, that the Project Manager establishes the date and time for site visits with the COR. The Contracting Officer schedules and conducts site visits. The COR is not directly involved in any part of the site visit process and has no authority to act on behalf of the Contracting Officer, except as delegated in the COR's appointment letter (after contract award). Further, on page 65 of the Work Execution Plan, paragraph 4 from the top, the proposal indicates the Contract Manager will schedule a date and time for negotiations. This is not a true statement. The Contracting Officer schedules and conducts negotiations at the Government's request.

**(2) The overall evaluated cost or price (including unit prices) and technical rating, if applicable, of the successful offeror and the debriefed offeror, and past performance information on the debriefed offeror;**

| | Successful Offeror | Debriefed Offeror |
|---|---|---|
| Normal Work Hours coefficient: | .93 | .86 |
| Other Than Noromal coefficient: | 1.03 | .95 |
| Non-Prepriced coefficient: | 1.28 | 1.20 |
| Technical Rating (Quality): | Exceptional | Satisfactory |

Past Peformance of debriefed offeror: An overall rating of Satisfactory was achieved. 86% of the performance assessment reports reviewed were rated satisfactory, 10 % were rated marginal, and 1% was rated above average. Nine past performance questionnaires submitted, and comments made included: "safety violations/serious injuries occurred"; "marginal for appropriate number of personnel for the services provided"; "marginal in willingness to identify and resolve problems in personnel and quality control"; "there were modifications issued due to contractor failure to meet technical erquirements and/or delivery/cost schedules"; "there have been disputes/claims relative to the contract"; "contract concessions/changes have been made due to contractor's failure to accurately estimate costs:; and, " there have been violations of Public Law (several issues related to Davis Bacon violations which were resolved with Dept of Labor". While some respondents offered ratings of very good to exceptional, the negative reports lowered the Past Performance rating to barely Satisfactory.

**(3) The overall ranking of all offerors, when any ranking was developed by the agency during the source selection;**

N/A.

**(4) A summary of the rationale for award;**

As stated in the solicitation, the Government intends to evaluate proposals and make award without discussions. One contract award will be made to a qualified Hubzone Certified SBC, whose proposal represents the best value for satisfying the requirements of the solicitation, with appropriate consideration given to three evaluation factors: Quality, Past Performance, and Price. Quality is significantly more important than either Past Performance or Price. Past Performance is slightly more

important than Price. When combined, all non-cost factors are significantly more important than price. To receive consideration for award, a rating of no less than "Satisfactory" must be achieved for the Quality and Past Performance Factors. Offerors were cautioned that award may not necessarily be made to the lowest priced offeror(s).

**(5) For acquisitions of commercial items, the make and model of the item to be delivered by the successful offeror; and**

N/A

**(6) Reasonable responses to relevant questions about whether source selection procedures contained in the solicitation, applicable regulations, and other applicable authorities were followed.**

N/A

This concludes the debrief. The Government would like to take this opportunity to thank you for your interest and participation in this solicitation.

Sincerely,

Neta A. Singley
Contracting Officer

**DEPARTMENT OF THE ARMY**
ARMY CONTRACTING AGENCY, SOUTHERN REGION
FORT HOOD CONTRACTING COMMAND
1001 761ST TANK BATTALION AVENUE, ROOM W103
FORT HOOD, TX 76544-5025

Contract Administration Division
Construction Branch
254-287-3054

October 4, 2006

Mr. Timothy Willardson
TIMOTHY MIGUEL WILLARDSON
Attorney at Law
3165 S. 300 W.
Salt Lake City, UT 94115

Subject: Contracting Officer's Decision Regarding Agency Protest of Adverse Agency Action on Solicitation No. W91151-05-R-0003

Dear Sir:

In accordance with FAR Subpart 33.103(g), this letter constitutes the Government's response to protestor's letter, dated September 25, 2006, and delivered to the agency on September 26, 2006.

(1) Violation of FAR Subpart 19.1305, and FAR Clause 52.219-3:

Cadence Contract Services, LLC, represented itself as a Hubzone Certified small business concern, registered at 30139 State Rt. 3, Black River, New York 13612. Following the close of the solicitation, this office verified the qualifications and eligibility criteria of Cadence at that address. The Small Business Administration's Hubzone website confirms that eligibility.

(2) Violation of Evaluation Procedures in the Solicitation at Section 00100, Clause 52.000-4044:

The referenced clause does not limit an offeror's ability to submit relevant past performance information relevant to a particular business size category. Without knowing what information you may have used to support an allegation of impropriety in evaluating the past performance of the awardee, please note that the previous job order construction contract with Martinez/Cadence Joint Venture was awarded on 30 September 2002, with complete verification that Martinez International was, at the time of Contract award, an active 8(a) certified small business concern. Any past performance information evaluated under that Joint Venture name is admissible, regardless of the present size of Martinez International. The statement in the last paragraph (2) of the letter of protest is incorrect. No amendment was issued by this contracting activity electronically notifying potential offerors that past performance experience would be limited in any way.

Based on the information provided in response to the two issues above, your protest is denied.

Neta A. Singley
Neta A. Singley
Contracting Officer

Printed on Recycled Paper



N