IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-706C

(Filed: October 16, 2006)

DIVERSIFIED MAINTENANCE SYSTEMS, INC.

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

Pursuant to the Rules of the United States Court of Federal Claims, Appendix C, ¶ 8, an initial status conference is scheduled for October 19, 2006, at 3:30 p.m. EDT. The status conference shall take place by telephonic means. The court will initiate the call.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge