IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-706C

(Filed: October 19, 2006)

DIVERSIFIED MAINTENANCE SYSTEMS, INC.

Plaintiff,

v.

UNITED STATES,

Defendant.

PARTIAL SCHEDULING ORDER

An initial status conference was held by telephonic means on this date during which scheduling matters, among other topics, were addressed. Based on representations made by counsel at the status conference, the court determines that the initial set of future proceedings in this case shall be held according to the following schedule:

| | Deadline |
|---|---|
| Filing of Cadence Contract Services, LLC's motion to intervene | October 23, 2006 |
| Filing of Cadence Contract Services, LLC's motion for protective order | October 23, 2006 |
| Filing of administrative record | October 27, 2006 |
| Filing of the government's motion for remand | October 27, 2006 |
| Filing of the plaintiff's response to the government's motion for remand | November 3, 2006 |
| Filing of replies by the government and the intervenor to the plaintiff's response to the motion for remand | November 8, 2006 |

It is so **ORDERED**.

s/ Charles F. Lettow
Judge