Electronically filed on 10/24/2006

Patrick S. Hendrickson
1204 West South Jordan Parkway, #D
South Jordan, Utah 84095
Phone 801.302.8320
Fax 801.302.8320

THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| DIVERSIFIED MAINTENANCE SYSTEMS, INC., Plaintiff, | Civil No. 06-706- C |
| vs. | Judge Lettow |
| THE UNITED STATES, Defendant. | |

**MOTION TO INTERVENE**

Pursuant to Rule 24(a), Cadence Contract Services, LLC. (Cadence), through its attorney, Patrick Hendrickson, requests permission to intervene in this action. This motion is based on the grounds set forth in Rule 24(a), Intervention of Right, which states:

> Upon timely application anyone shall be permitted to intervene in an action: . . . (2) when the applicant claims an interest relating to the property or transaction which is the subject of the action and the applicant is so situated that the disposition of the action may as a practical matter impair or impede the applicant's ability to protect that interest, unless the applicant's interest is adequately represented by existing parties."

Cadence has been awarded that contract that is the subject of Plaintiff's protest and complaint. As such, Cadence has an interest relating to the subject of the action and is so situated that the disposition of this action may as a practical matter impair or impede the applicant's ability to protect that interest.

Further, the unique nature of the subject contracting methods and evaluation procedures (HUBZone set-aside program under SBA regulations, multiple-year/multiple location performance requirements, Indefinite Delivery/ Indefinite Quantity, Job Order Contracting, and performance-based contracting) requires Cadence's participation in this action to assure that complete and accurate information concerning the contracting methods and evaluation procedures are provided to the Court for an appropriate disposition of this action.

Finally, during the Initial Status Conference held on October 19, 2006, no party objected to Cadence's intervention when that topic was presented for discussion.

RESPECTFULLY SUBMITTED THIS 19TH DAY OF OCTOBER, 2006

*s/Patrick Hendrickson*

Patrick Hendrickson, Attorney for Cadence Contract Services, LLC