Electronically filed on 10/24/2006

Patrick S. Hendrickson
1204 West South Jordan Parkway, #D
South Jordan, Utah 84095
Phone 801.302.8320
Fax 801.302.8320

THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| DIVERSIFIED MAINTENANCE SYSTEMS, INC., | Civil No. 06-706- C |
| Plaintiff, | Judge Lettow |
| vs. | |
| THE UNITED STATES, | |
| Defendant. | |

**ORDER GRANTING INTERVENTION OF CADENCE**

Based on the Motion to Intervene of Cadence Contract Services, LLC. (Cadence), and for good cause appearing,

IT IS HEREBY ORDERED:

1. Cadence's Motion to Intervene is granted

BY ORDER OF THE COURT

______________________________ Dated:__________________
Judge Lettow