Electronically filed on 10/24/2006

Patrick S. Hendrickson
1204 West South Jordan Parkway, #D
South Jordan, Utah 84095
Phone 801.302.8320
Fax 801.302.8320

---

THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

---

| | | |
|---|---|---|
| DIVERSIFIED MAINTENANCE SYSTEMS, INC., | : | |
| Plaintiff, | : | Civil No. 06-706- C |
| | : | Judge Lettow |
| vs. | : | |
| THE UNITED STATES, | : | |
| Defendant. | : | |

---

**MOTION FOR PROTECTIVE ORDER**

---

Pursuant to Section VI, Protective Orders, of the Rules of Procedure, Cadence Contract Services, LLC., through its attorney, Patrick Hendrickson, requests that the Court issue a protective order in the form accompanying this Motion, which form is verbatim to Form 8.

RESPECTFULLY SUBMITTED THIS 20TH DAY OF OCTOBER, 2006

*s/Patrick Hendrickson*

Patrick Hendrickson, Attorney for Cadence Contract Services, LLC