IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-706C

(Filed: October 26, 2006)

DIVERSIFIED MAINTENANCE SYSTEMS, INC.

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is a Motion to Intervene, filed by Applicant for Intervention Cadence Contract Services, LLC, ("Cadence") on October 24, 2006. Cadence seeks to intervene as of right in this case pursuant to Rule 24(a)(2) of the Rules of the Court of Federal Claims. At the initial status conference held on October 19, 2006, counsel for plaintiff and defendant expressed no objection to Cadence's intervention in this case. For good cause shown, Cadence's motion to intervene is **GRANTED**.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge