IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DIVERSIFIED MAINTENANCE, SYSTEMS, INC. | ) | |
| Plaintiff, | ) | No. 06-706C |
| | ) | (Judge Lettow) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 1-day enlargement of time, to and including October 30, 2006, within which to file the Government's motion for remand, and the administrative record. Our response is currently due on October 27, 2006. This is defendant's first request for an enlargement of time for this purpose. Defendant spoke with plaintiff's counsel, Mr. Timothy Willardson, to ascertain if he concurs with our request for an enlargement of time. He responded that he does not object to our request. Mr. Willardson response to the Government's motion is currently due November 3, 2006 and he indicated that based upon the Government's request for enlargement he may need until November 6, 2006 to file his response. The Government will not object to this extension. The enlargement is requested because the undersigned counsel of record for defendant requires further time to address, pursuant to the Court's request during the initial status conference, the procedures followed by the Small Business Administration in responding to a Hubzone certification protest, and compile the administrative record in a format suitable for electronic filing.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion

for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

/s/ Elizabeth Thomas
ELIZABETH THOMAS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 353-4175
fax: (202) 307-0972

October 26, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2006 a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that the notice of filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Elizabeth Thomas