IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Bid Protest

| | | |
|---|---|---|
| DIVERSIFIED MAINTENANCE, SYSTEMS, INC. | ) | |
| Plaintiff, | ) | No. 06-706C |
| | ) | (Judge Lettow) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE ADMINISTRATIVE RECORD ON CD

Defendant, the United States, respectfully requests leave to file the administrative record utilizing a CD-Rom. This case is designated an electronic filing case pursuant to the Court's CM/ECF system. Our administrative record in this case will exceed the 2MB size limitation applicable to electronic files and the 50 page limitation applicable to printed documents provided in RCFC General Order 42A I. ¶¶ 4, 5. Plaintiff's counsel has stated that he does not object to this motion.

The administrative record consists of several volumes. This voluminous set of documents can most efficiently be delivered to the Court and to the plaintiff on a CD-Rom. This method will provide efficient and easy access to the record because we can submit the record in searchable format. More important, filing by another media provides the most efficient method for submission of the sealed version of the record. The sealed copy of the record is best secured by submission on CD-Rom.

For these reasons, defendant respectfully requests that this motion for leave to file on CD-Rom be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

/s/ Elizabeth Thomas
ELIZABETH THOMAS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 353-4175
fax: (202) 307-0972

October 27, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2006 a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE ADMINISTRATIVE RECORD ON CD" was filed electronically. I understand that the notice of filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Elizabeth Thomas