# United States Court of Federal Claims

| | |
|---|---|
| DIVERSIFIED MAINTENANCE SYSTEMS, INC.,<br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br>Defendant. | Civil No. 06-706- C<br><br>Judge Lettow |

APPLICATION FOR ACCESS TO INFORMATION UNDER PROTECTIVE ORDER BY OUTSIDE OR INSIDE COUNSEL

1. I, Timothy Miguel Willardson, hereby apply for access to protected information covered by the Protective Order issued in connection with this proceeding.

2. a. I Timothy Miguel Willardson am an attorney with the law firm of Timothy Miguel Willardson, Esq. and have been retained to represent Diversified Maintenance Systems, Inc., a party to this proceeding.

b. I [inside counsel] am in-house counsel (my title is: _________________________) for ____________________________, a party to this proceeding.

3. I am [XX] am not [ ] a member of the bar of the United States Court of Federal Claims (the court).

4. My professional relationship with the party I represent in this proceeding and its personnel is strictly one of legal counsel. I am not involved in competitive decision making as discussed in *U.S. Steel Corp. v. United States*, 730 F.2d 1465 (Fed. Cir. 1984), for or on behalf of the party I represent, any entity that is an interested party to this proceed-

ing, or any other firm that might gain a competitive advantage from access to the information disclosed under the Protective Order. I do not provide advice or participate in any decisions of such parties in matters involving similar or corresponding information about a competitor. This means that I do not, for example, provide advice concerning, or participate in decisions about, marketing or advertising strategies, product research and development, product design or competitive structuring and composition of bids, offers, or proposals with respect to which the use of protected information could provide a competitive advantage.

5. I, Timothy Miguel Willardson identify here (by writing "none" or listing names and relevant circumstances) those attorneys in my firm who, to the best of my knowledge, cannot make the representations set forth in the preceding paragraph: NONE.

6. I identify here (by writing "none" or listing names, position, and responsibilities) any member of my immediate family who is an officer or holds a management position with an interested party in the proceeding or with any other firm that might gain a competitive advantage from access to the information disclosed under the Protective Order. NONE.

7. I identify here (by writing "none" or identifying the name of the forum, case number, date, and circumstances) instances in which I have been denied admission to a protective order, had admission revoked, or have been found to have violated a protective order issued by any administrative or judicial tribunal: NONE.

8. I Timothy Miguel Willardson have attached a detailed narrative providing the following information:

a. my position and responsibilities as in-house counsel, including my role in providing advice in procurement-related matters;

b. the person(s) to whom I report and their position(s) and responsibilities;

c. the number of in-house counsel at the office in which I work and their involvement, if any, in competitive decision making and in providing advice in procurement-related matters.

d. my relationship to the nearest person involved in competitive decision making (both in terms of physical proximity and corporate structure); and

e. measures taken to isolate me from competitive decision making and to protect against the inadvertent disclosure of protected information to persons not admitted under the Protective Order.

9. I have read the Protective Order issued by the court in this proceeding. I will comply in all respects with that order and will abide by its terms and conditions in handling any protected information produced in connection with the proceeding.

10. I acknowledge that a violation of the terms of the Protective Order may result in the imposition of such sanctions as may be deemed appropriate by the court and in possible civil and criminal liability.

* * *

By my signature, I certify that, to the best of my knowledge, the representations set forth above (including attached statements) are true and correct.

/s/_______________________________ 10/31/06
Signature Date Executed
Timothy Miguel Willardson, Attorney
Phone: (801) 746-5399
Fax: 801-487-4069

/s/_______________________________ 10/31/06
Signature of Attorney of Record Date Executed
Timothy Miguel Willardson, Attorney
Phone: (801) 746-5399
Fax: 801-487-4069

# Narrative Related to Application for Information Under Protective Order

Although the undersigned is not "in house counsel" to plaintiff Diversified Maintenance Systems, Inc. ("DMS"), because my offices are in the same building as those of DMS, I am providing the following statement, out of an abundance of caution, to ensure that this honorable court is fully apprised in the premises:

**a. my position and responsibilities as in-house counsel, including my role in providing advice in procurement-related matters;**

I function as counsel for DMS on an ad hoc basis, exactly as is done by outside counsel, providing advice on matters as requested. That includes procurement related matters, such as the instant protest, when requested to do so. I am not part of DMS's normal management processes.

**b. the person(s) to whom I report and their position(s) and responsibilities;**

As with any outside counsel, I provide reports of my activities to any officer or manager of the corporation who has consulted me. That includes the President of the corporation, Pamela Beck, the Vice President of the corporation, Kevin Beck, and any of the various

project managers for the company. Pamela Beck has overall responsibility and direction of all matters involving the corporation. Kevin Beck has overall responsibility, under the president, for all construction. Jeff Severin, General Manager of Operations has responsibility, under the president, for operations matters.

**c. the number of in-house counsel at the office in which I work and their involvement, if any, in competitive decision making and in providing advice in procurement-related matters.**

There are no in-house counsel. I have never been consulted on competitive decision making issues.

**d. my relationship to the nearest person involved in competitive decision making (both in terms of physical proximity and corporate structure); and**

As set forth above, I am not part of DMS's management and have never been consulted on competitive issues. To the best of my knowledge, those issues are handled by Pamela Beck and whichever of her managers and employees are involved in the specific projects. I have never been consulted on such issues.

**e. measures taken to isolate me from competitive decision making and to protect against the inadvertent disclosure of protected information to persons not admitted under the Protective Order.**

See above.

/s/ 10/31/06
Date Executed

Signature
Timothy Miguel Willardson, Attorney
Phone: (801) 746-5399
Fax: 801-487-4069