IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-706C

(Filed: October 31, 2006)

DIVERSIFIED MAINTENANCE SYSTEMS, INC.

Plaintiff,

v.

UNITED STATES,

Defendant,

CADENCE CONTRACT SERVICES, LLC,

Intervening-Defendant.

ORDER

Pending before the court is the government's motion, filed October 26, 2006, seeking an enlargement of time within which to file the administrative record and the government's motion for remand. The government requests a one-day enlargement of time, to and including October 30, 2006. According to the government, this extension is necessary to allow the government's counsel to compile the administrative record in a suitable format for electronic filing and to address certain Small Business Administration procedures. The government represents that plaintiff's counsel does not object to this request for an extension.

The government's motion for enlargement of time is **GRANTED**. The government shall file the administrative record and the government's motion for remand on or before October 30, 2006.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge