IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-706C

(Filed: October 31, 2006)

DIVERSIFIED MAINTENANCE SYSTEMS, INC.

Plaintiff,

v.

UNITED STATES,

Defendant,

CADENCE CONTRACT SERVICES, LLC,

Intervening-Defendant.

ORDER

Pending before the court is the government's motion, filed October 27, 2006, seeking leave to file the administrative record on a CD-ROM. According to the government, this format would aid in permitting efficient access to the administrative record in light of the court's size limitation on electronic files submitted through its CM/ECF system. This format would also function to maintain the security of the sealed version of the administrative record. The government represents that plaintiff's counsel does not object to this request.

The government's motion for leave to file the administrative record on a CD-ROM is **GRANTED**.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge