Timothy Miguel Willardson
3165 S. 300 W.
Salt Lake City, UT 84115
Telephone: (801) 746-5399
e-mail: tmwlaw@gmail.com
Attorney for Plaintiff Diversified Maintenance Systems, Inc.

# United States Court of Federal Claims

| | |
|---|---|
| DIVERSIFIED MAINTENANCE SYSTEMS, INC.<br>Plaintiff,<br>vs.<br><br>THE UNITED STATES<br>Defendant. | No. 06-706C<br><br>JUDGE: LETTOW |

# PLAINTIFF'S POSITION RE: REDACTION OF REMAND DECISION AND ORDER

Plaintiff can se no need to redact any portion of the decision and order filed under seal November 29, 2006.

Dated: Monday, December 4, 2006

/s/ Timothy Miguel Willardson
TIMOTHY MIGUEL WILLARDSON
3165 S. 300 W.
Salt Lake City, UT 84115
Telephone: (801) 746-5399
e-mail: tmwlaw@gmail.com
Attorney for Plaintiff Diversified Maintenance Systems, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2006 a copy of the foregoing "PLAINTIFF’S POSITION RE: REDACTION OF REMAND DECISION AND ORDER" was filed electronically. I understand that the notice of filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Timothy Miguel Willardson

DATED: December 4, 2006.

Timothy Miguel Willardson
3165 S. 300 W.
Salt Lake City, UT 84115
Telephone: (801) 746-5399
e-mail: tmwlaw@gmail.com
Attorney for Plaintiff Diversified Maintenance Systems, Inc.

# United States Court of Federal Claims

| | |
|---|---|
| DIVERSIFIED MAINTENANCE SYSTEMS, INC.<br>Plaintiff,<br>vs.<br><br>THE UNITED STATES<br>Defendant. | No. 06-706C<br><br>JUDGE: LETTOW |

CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing ADVANCE NOTICE OF PROTEST CASE on the following on the date and by the means specified below:

| | |
|---|---|
| Army Contracting Agency Southern Region (ACASR)<br>Fort Hood Contracting Command<br>Contract Administration Division<br>Attn: Neta Singley<br>Building 1001, 761st Tank Battalion<br>Fort Hood, TX 76544-5059 | Sent via:<br>_____ Mail<br>_X___ Facsimile 254-286-6740<br>_____ Hand-delivery<br>_____ e-mail |
| Cadence Contract Services, LLC<br>1204 W. South Jordan Parkway #D<br>South Jordan, UT 84095 | Sent via:<br>_____ Mail<br>_X___ Facsimile 254-532-9433<br>_____ Hand-delivery<br>_____ e-mail |

By:_________________________________________ Dated:__10/12/06______