United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

December 8, 2006

Mr. Steven C. Preston, Administrator
U.S. Small Business Administration
409 Third Street, SW
Washington, DC 20416

The Honorable Francis J. Harvey
Secretary of the United States Army
Pentagon: 101 Army Pentagon
Washington, DC 20310-0101

***Re:*** ***<u>Diversified Maintenance Systems, Inc. v. The United States,</u>***
***No. 06-706 C***

Dear Messrs. Preston and Harvey:

On November 29, 2006, an Opinion and Order was issued in the above captioned case remanding it to the Administrator of the Small Business Administration and the Secretary of the Army. In accordance with RCFC 56.2 (copy enclosed), I am sending you a certified copy of the above mentioned Opinion and Order. Please note the requirements of RCFC 56.2(b)(3) with regard to the number of copies required for the filing of the decision. If you have any questions, please feel free to contact this office at (202) 357-6425.

Sincerely,

Debra L. Samler
Case Manager

Enclosures

cc: Judge Lettow
Timothy M. Willardson, Esquire
Elizabeth A. Thomas, Esquire
Patrick S. Hendrickson, Esquire