IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-706C

(Filed: April 4, 2007)

DIVERSIFIED MAINTENANCE SYSTEMS, INC.

Plaintiff,

v.

UNITED STATES,

Defendant,

CADENCE CONTRACT SERVICES, LLC,

Intervening-Defendant.

ORDER

The court acknowledges the filing of the agency's decision on remand. The court requests that parties confer and thereafter file with the court, on or before April 20, 2007, a joint status report setting forth a proposal for further proceedings in this matter.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge