Timothy Miguel Willardson
3165 S. 300 W.
Salt Lake City, UT 84115
Telephone: (801) 746-5399
e-mail: tmwlaw@gmail.com
Attorney for Plaintiff Diversified Maintenance Systems, Inc.

# United States Court of Federal Claims

| | |
|---|---|
| DIVERSIFIED MAINTENANCE SYSTEMS, INC.<br>Plaintiff,<br>vs.<br><br>THE UNITED STATES<br>Defendant. | No. 06-706C<br><br>JUDGE: LETTOW |

## PARTIES' STATUS REPORT

Pursuant to the Court's Order dated 4/4/07, the parties submit the following status report:

The decision of the Small Business Administration is final and has disposed of one of the issues in the case, but does not address the issues related to bid evaluation/communication.

All the parties hereto have agreed to a stipulated dismissal of the instant action, with each party to bear its own costs and attorney fees.

Dated:Wednesday, April 18, 2007

/s/ Timothy Miguel Willardson
TIMOTHY MIGUEL WILLARDSON
3165 S. 300 W.
Salt Lake City, UT 84115

Telephone: (801) 746-5399
e-mail: tmwlaw@gmail.com
Attorney for Plaintiff Diversified Maintenance Systems, Inc.

Stipulated:

/s/____________________________________
Patrick Hendrickson, Esq.
Cadence Contract Services, LLC
1204 W. South Jordan Parkway #D
South Jordan, UT 84095
Phone: 801.573.4575
Fax: 801.302.8320
phendrickson@cadenceusa.com

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/______________________
BRYANT G. SNEE
Assistant Director

/s/______________________
WILLIAM P. RAYEL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0302
Fax: (202) 307-0972

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2007 a copy of the foregoing "**PARTIES' STATUS REPORT**" was filed electronically. I understand that the notice of filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Timothy Miguel Willardson

DATED: Wednesday, April 18, 2007.