IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-706C

(Filed: April 19, 2007)

DIVERSIFIED MAINTENANCE SYSTEMS, INC.

Plaintiff,

v.

UNITED STATES,

Defendant,

CADENCE CONTRACT SERVICES, LLC,

Intervening-Defendant.

ORDER

The parties filed a joint status report on April 18, 2007, reciting that the parties have agreed to a stipulated dismissal of this action with each party to bear its own costs and attorney fees.

Accordingly, pursuant to Rule 41(a)(1)(ii) of this court's Rules, the case is dismissed. In accord with the application of this rule to the stipulation, the dismissal is without prejudice. The Clerk shall enter judgment accordingly.

No costs.

It is so **ORDERED**.

s/ Charles F. Lettow
Judge