# In the United States Court of Federal Claims

**No. 06-706 C**

**DIVERSIFIED MAINTENANCE SYSTEMS, INC.,**
**Plaintiff,**

**JUDGMENT**

**v.**

**THE UNITED STATES,**
**Defendant,**
**and**

**CADENCE CONTRACT SERVICES, LLC,**
**Intervening-Defendant.**

Pursuant to the court's Order, filed on April 19, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 41(a)(1)(ii), that the complaint is dismissed, without prejudice. No costs.

Brian Bishop
Clerk of Court

**April 23, 2007** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.